AO 440 (Rev. 10/93) Summons in a Civil Action

Rec'd in Min at 10/28/04

04-61422

# United States District Court
## SOUTHERN DISTRICT COURT OF FLORIDA
BROWARD DIVISION

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

SUMMONS IN A CIVIL CASE  CIV-COOKE

CASE NO.

/McALILEY



2004 OCT 28 PM 12: 27

**TO:** Errick L. "Ricky" Williams
2308 Castilla Isle
Ft. Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PETITIONERS' ATTORNEYS:

| | |
|---|---|
| Stanley H. Wakshlag, Esq. and<br>Christopher S. Carver, Esq.<br>**AKERMAN SENTERFITT**<br>One Southeast Third Avenue - 28th Floor<br>Miami, Florida 33131<br>Telephone No. (305) 374-5600<br>Facsimile No. (305) 374-5095 | Daniel L. Nash, Esq.<br>**AKIN GUMP STRAUSS HAUER &**<br>**FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>Telephone No. (202) 887-4067<br>Facsimile No. (202) 955-7791 |

an answer to the Petition to Confirm Arbitration Award which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition to Confirm Arbitration Award. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    Maddox                                DATE

(BY) DEPUTY CLERK    *Elizabeth Salarna*

{M2172212;1}

OCT 28 2004

Dockets.Justia.com