AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### SOUTHERN DISTRICT COURT OF FLORIDA
BROWARD DIVISION

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

       Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

       Respondents.

_____/

**SUMMONS IN A CIVIL CASE**
**CASE NO. 04-61422 CIV-COOKE/MCALILEY**

**TO:** National Football League Players Association
By Serving its Registered Agent:
CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

**YOU ARE HEREBY SUMMONED** and required to serve upon PETITIONERS' ATTORNEYS:

| | |
|---|---|
| Stanley H. Wakshlag, Esq. and<br>Christopher S. Carver, Esq.<br>**AKERMAN SENTERFITT**<br>One Southeast Third Avenue - 28th Floor<br>Miami, Florida 33131<br>Telephone No. (305) 374-5600<br>Facsimile No. (305) 374-5095 | Daniel L. Nash, Esq.<br>**AKIN GUMP STRAUSS HAUER &**<br>**FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>Telephone No. (202) 887-4067<br>Facsimile No. (202) 955-7791 |

an answer to the Petition to Confirm Arbitration Award which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition to Confirm Arbitration Award. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   **Clarence Maddox**             DATE   **NOV - 3 2004**

(BY) DEPUTY CLERK
{M2174342;1}

Dockets.Justia.com

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Petition to Confirm Arbitration Award was made by me [1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

[ ]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and Petition to Confirm Arbitration Award were left: _____

[ ]  Return unexecuted: _____

[ ]  Other (*specify*): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL | |
|---|---|---|---|
| | | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

                                                                                    Signature of Server

                                                                                   Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{M2174342;1}