UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-61422-CIV-Cooke/McAliley

MIAMI DOLPHINS, LTD., and
THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Plaintiffs,

vs.

ERRICK L. "RICKY" WILLIAMS
and THE NATIONAL FOOTBALL LEAGUE,

    Defendants.
_____/

**THE UNDERSIGNED JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to pursuant to 28 U.S.C. §455(a) and Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _15_ day of November, 2004.

                                  THE HONORABLE MARCIA G. COOKE
                                  UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of _James I. Cohn_.

Copies of this order shall be served on all pending parties of record by U.S. Mail. All documents for filing in this case shall carry the following case number and designation:

_04-61422-CIV-Cohn/Snow_

**BY ORDER OF** Court this 16th day of November, 2004, Miami, Florida.

CLARENCE MADDOX
Clerk of Court

By:_____
Deputy Clerk

cc:
The Honorable Magistrate Judge Chris M. McAliley
Lucy Lara, *Case Administrator*