# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 04-61422 CIV COOKE

Plaintiff:
**MIAMI DOLPHINS, LTD., AND NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL**
vs.
Defendant:
**ERRICK L. "RICKY" WILLIAMS AND NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION**

For: Christopher S. Carver, Esquire
    AKERMAN SENTERFIT

Received by COUNTYWIDE PROCESS SERVERS, INC. on the 2nd day of November, 2004 at 4:12 pm to be served on **NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM AT 4701 COX ROAD, SUITE 301, GLEN ALLEN, VIRGINIA 23060-6802**. I, Christopher S. Hester, do hereby affirm that on the 4th day of Nov., 2004 at 2:30 pm., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, PETITION TO CONFIRM ARBITRATION AWARD WITH EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving Carl Goodwyn as Authorized Agent

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**COUNTYWIDE PROCESS SERVERS, INC.**
P.O. Box 830395
Miami, FL 33283-0395
(305) 279-0004

Our Job Serial Number: 2004004396



Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT COURT OF FLORIDA
BROWARD DIVISION

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

**SUMMONS IN A CIVIL CASE**
CASE NO. 04-61422 CIV-
COOKE/MCALILEY

S Name Carl Goodwyn (Auth. Agent)
E Date 11/04/04    2:30 pm
R P.S. _____
V _____
    Print/Sign Name
E    Certified In The Circuit Court of
D _____ Judicial Circuit Cert # _____

COUNTYWIDE PROCESS SERVERS, INC
P.O. BOX 830395
MIAMI, FL 33283
305-279-0004

TO:    National Football League Players Association
    By Serving its Registered Agent:
    CT Corporation System
    4701 Cox Road, Suite 301
    Glen Allen, VA 23060-6802

    **YOU ARE HEREBY SUMMONED** and required to serve upon PETITIONERS' ATTORNEYS:

Stanley H. Wakshlag, Esq. and
Christopher S. Carver, Esq.
**AKERMAN SENTERFITT**
One Southeast Third Avenue - 28th Floor
Miami, Florida 33131
Telephone No. (305) 374-5600
Facsimile No. (305) 374-5095

Daniel L. Nash, Esq.
**AKIN GUMP STRAUSS HAUER &
FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone No. (202) 887-4067
Facsimile No. (202) 955-7791

an answer to the Petition to Confirm Arbitration Award which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition to Confirm Arbitration Award. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    **Clarence Maddox**        DATE    **NOV - 3 2004**

(BY) DEPUTY CLERK
{M2174342;1}

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and Petition to Confirm Arbitration Award was made by me [1] | DATE | |
| NAME OF SERVER (*PRINT*) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and Petition to Confirm Arbitration Award were left:_____.

☐ Return unexecuted:_____

☐ Other (*specify*):_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        *Date*

_____
*Signature of Server*

_____
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{M2174342;1}