# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 04-61422 CIV COOKE

Plaintiff:
**MIAMI DOLPHINS, LTD., AND NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL**

vs.

Defendant:
**ERRICK L. "RICKY" WILLIAMS AND NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION**

For:
Christopher S. Carver, Esquire
AKERMAN SENTERFIT
One S.E. Third Avenue
Suite 2800
Miami, FL 33131

Received by COUNTYWIDE PROCESS SERVERS, INC. on the 2nd day of November, 2004 at 4:12 pm to be served on **ERRICK L. "RICKY" WILLIAMS AT 2308 CASTILLA ISLE, FT. LAUDERDALE, FLORIDA**.

I, Hector Castro, do hereby affirm that on the **2nd day of November, 2004** at **8:45 pm**, I:

Substitute served: pursuant to F.S. 48.031(1a) by delivering a copy of this **SUMMONS IN A CIVIL CASE, PETITION TO CONFIRM ARBITRATION AWARD WITH EXHIBITS** with the date and time of service endorsed thereon by me, to the within named persons usual place of abode, and leaving same copy with a person 15 years of age or older, residing therein, and informing said person of the contents therein. To wit: KRISTEN BARNES, CO-RESIDENT.

**Military Status:** Defendant is not in the military services of the United States or any of its allies.

**Additional Information pertaining to this Service:**
DESCRIPTION: 25-30 YEARS OLD, WHITE FEMALE, HEIGHT 5'3', WEIGHT 110, HAIR BLOND

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.
11/5/04 (Date).
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525

Hector Castro
287

COUNTYWIDE PROCESS SERVERS, INC.
P.O. Box 830395
Miami, FL 33283-0395
(305) 279-0004

Our Job Serial Number: 2004004314

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

dockets.Justia.com

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT COURT OF FLORIDA
### BROWARD DIVISION

04-61422

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

SUMMONS IN A CIVIL CASE
CASE NO.

*Kristen James*
11/2/04  8:45 pm
*Hector Castro*
Print/Sign Name
Certified In The Circuit Court of
_____ Judicial Circuit Cert # _____

TO:    Errick L. "Ricky" Williams
       2308 Castilla Isle
       Ft. Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PETITIONERS' ATTORNEYS:

| | |
|---|---|
| Stanley H. Wakshlag, Esq. and<br>Christopher S. Carver, Esq.<br>**AKERMAN SENTERFITT**<br>One Southeast Third Avenue - 28th Floor<br>Miami, Florida 33131<br>Telephone No. (305) 374-5600<br>Facsimile No. (305) 374-5095 | Daniel L. Nash, Esq.<br>**AKIN GUMP STRAUSS HAUER &<br>FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>Telephone No. (202) 887-4067<br>Facsimile No. (202) 955-7791 |

an answer to the Petition to Confirm Arbitration Award which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition to Confirm Arbitration Award. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Clarence Maddox                       DATE

(BY) DEPUTY CLERK

*Elizabeth Galarza*                  OCT 28 2004

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Petition to Confirm Arbitration Award was made by me [1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and Petition to Confirm Arbitration Award were left:_____

☐     Return unexecuted:_____

☐     Other (*specify*):_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               *Date*

_____
*Signature of Server*

_____
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## *IMPORTANTE*

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como " Petitioner/Petitioners' Attorney." (Demandate o Abogado del Demanadante).

## **IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vos-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au " Petitioner/Petitioners' Attorney" (Plaignant ou a son avocat) nomme ci-dessous.