UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

      Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

      Respondents.

_____/

## NOTIFICATION OF OFFER TO JUDICIAL LAW CLERK

    Akerman Senterfitt, who has appeared as counsel of record herein for Petitioners, Miami Dolphins, Ltd., hereby notifies the Court and all parties that it has extended an offer of employment to Carolina Maharbiz, who is currently serving as a law clerk to the Honorable James I. Cohn.

{M2180276;1}

Dockets.Justia.com

*Miami Dolphins, Ltd. v. Williams*
Case No. 04-61422-CIV-COHN/SNOW

Respectfully submitted,

**AKERMAN SENTERFITT**
One Southeast Third Avenue
28th Floor
Miami, FL 33131-1714
Telephone No. (305) 374-5600
Facsimile No. (305) 374-5095

By _____
STANLEY H. WAKSHLAG
Florida Bar No. 266264
E-mail: stanley.wakshlag@akerman.com
CHRISTOPHER S. CARVER
Florida Bar No. 993580
E-mail: christopher.carver@akerman.com

*Counsel for Miami Dolphins, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Notification of Offer to Judicial Law Clerk* was served by U.S. mail on this 18th day of November 2004 to:

Errick L. "Ricky" Williams
2308 Castilla Isle
Ft. Lauderdale, FL

National Football League Players Association
By Serving its Registered Agent:
CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

_____
Attorney