

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.

_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Daniel L. Nash, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W., Washington, DC 20036-1564, (202) 887-4000, for purposes of appearing as counsel on behalf of plaintiff National Football League Management Council herein, in the above-styled case only.

Daniel L. Nash certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the District of Columbia Court of Appeals. Attached hereto is a certificate of good standing from the Clerk of the District of Columbia Court of Appeals.

In further support of this motion, it is hereby designated that Stanley H. Wakshlag and Christopher S. Carver are members of the Bar of this Court and maintain an office in this District

{M2167390;1}

Dockets.Justia.com

*Miami Dolphins, Ltd. v. Williams*
Case No: 04-61422-CIV-COHN/SNOW

for the practice of law. They are persons to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Akerman Senterfitt, One Southeast Third Avenue, 28th Floor, Miami, FL 33131-1714, (305) 374-5600, acts as counsel in this matter on behalf of co-Plaintiff Miami Dolphins, Ltd.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Date: November 29, 2004

_____
Christopher S. Carver

Executed under penalty of perjury on the 29th day of November, 2004 at Miami, Florida.

Respectfully submitted,

**AKERMAN SENTERFITT**
One Southeast Third Avenue
28th Floor
Miami, FL 33131-1714
Telephone No. (305) 374-5600
Facsimile No. (305) 374-5095

By _____
STANLEY H. WAKSHLAG
Florida Bar No. 266264
E-mail: stanley.wakshlag@akerman.com
CHRISTOPHER S. CARVER
Florida Bar No. 993580
E-mail: christopher.carver@akerman.com

*Counsel for Miami Dolphins, Ltd.*

*Miami Dolphins, Ltd. v. Williams*
Case No: 04-61422-CIV-COHN/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Motion to Appear Pro Hac Vice* were served via U.S. mail this 2\_\_\_ day of November, 2004 on:

Edward Soto, Esq.
Weil, Gotshal & Manges, LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131

Jeffrey L. Kessler, Esq.
David G. Feher, Esq.
Melanie Moss, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Richard A. Berthelsen, Esq.
2021 L Street, N.W.
Washington, D.C. 20026

Daniel L. Nash, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

_____
Attorney

# EXHIBIT A



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DANIEL L. NASH

was on the  19ᵀᴴ  day of  DECEMBER, 1983

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 14, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before the Court upon the application of Daniel L. Nash, Esq., counsel for Plaintiff National Football League Management Council, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers at the United States District Courthouse, Ft. Lauderdale, FL on this ____ day of _____, 2004.

                                                _____
                                                HONORABLE JAMES I. COHN
                                                UNITED STATES DISTRICT COURT JUDGE

cc:    Stanley H. Wakshlag, Esq.
        Christopher S. Carver, Esq.
        Daniel L. Nash, Esq.
        Edward Soto, Esq.
        Jeffrey L. Kessler, Esq.
        Richard A. Berthelsen, Esq.

{M2167391;1}