UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before the Court upon the application of Daniel L. Nash, Esq., counsel for Plaintiff National Football League Management Council, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers at the United States District Courthouse, Ft. Lauderdale, FL on this 1ST day of DECEMBER, 2004.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT COURT JUDGE

cc:    Stanley H. Wakshlag, Esq.
       Christopher S. Carver, Esq.
       Daniel L. Nash, Esq.
       Edward Soto, Esq.
       Jeffrey L. Kessler, Esq.
       Richard A. Berthelsen, Esq.

{M2167391;1}