UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/



## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Petitioners Miami Dolphins, Ltd., and National Football League Management Council and respondents Errick L. Williams and National Football League Players Association (collectively, the "Parties") jointly move the Court to enter a scheduling order reflecting the following schedule.

| | |
|---|---|
| December 17, 2004 | Deadline for filing dispositive motions and memoranda of law |
| January 19, 2005 | Deadline for filing opposition memoranda of law |
| February 9, 2005 | Deadline for filing reply memoranda of law |



*Miami Dolphins, Ltd. v. Williams*
Case No: 04-61422-CIV-COHN/SNOW

WHEREFORE, the Parties request that the Court enter the Scheduling Order in the form attached hereto.

Respectfully submitted,

**AKERMAN SENTERFITT**
One Southeast Third Avenue
28th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

By _____
STANLEY H. WAKSHLAG, ESQ.
Florida Bar No. 266264
E-mail: stanley.wakshlag@akerman.com
CHRISTOPHER S. CARVER, ESQ.
Florida Bar No. 993580
E-mail: christopher.carver@akerman.com

*Counsel for Miami Dolphins, Ltd.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Tel.: 202-887-4000
Fax: 202-955-7791

By _____
DANIEL L. NASH, ESQ.
Admitted *Pro Hac Vice*

*Counsel for National Football League Management Council*

**WEIL GOTSHAL & MANGES LLP**
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Tel.: 305-577-3100
Fax: 305-374-7159

By _Edward Soto_____
EDWARD SOTO, ESQ.
Florida Bar No. 265144
E-mail Edward.Soto@weil.com

Jeffrey L. Kessler, Esq.
David G. Feher, Esq.
Melanie, Moss, Esq.
**DEWEY BALLANTINE LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel. 212-259-8000

Richard A. Berthelsen, Esq.
General Counsel
National Football League Players Association, Inc.
2021 L Street, N.W.
Washington, D.C. 20026
Tel. 202-463-2000

*Counsel for Errick L. Williams and National Football League Players Association, Inc.*