UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61422-CIV-COHN

MIAMI DOLPHINS, LTD., and NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Plaintiffs,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Defendants.
_____/



## ORDER GRANTING IN PART
## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

THIS CAUSE is before the Court upon the parties' Joint Motion for Entry of Scheduling Order [filed December 7, 2004]. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Entry of Scheduling Order [DE filed December 7, 2004] is hereby **GRANTED in part** as follows:

| | | |
|---|---|---|
| 1. | Deadline for filing dispositive motions and memoranda of law | December 17, 2004 |
| 2. | Deadline for filing opposing memoranda of law | January 13, 2004 |
| 3. | Deadline for filing reply memoranda of law | January 25, 2004[1] |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of December, 2004.

JAMES I. COHN
United States District Judge

---

[1] While the Court did not adopt all of the parties' proposed dates, the Court has extended the normal responsive and reply memoranda deadlines given the holiday season.

copies to:

Stanley Wakshlag, Esq./Christopher Carter, Esq.
Daniel Nash, Esq.
Edward Soto, Esq.
Jeffrey Kessler, Esq.