UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61422-CIV-COHN

MIAMI DOLPHINS, LTD., and NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Plaintiffs,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Defendants.
_____/



## NOTICE TO PARTIES REGARDING NOTIFICATION OF OFFER TO LAW CLERK

THIS CAUSE is before the Court upon the Notification of Offer to Judicial Law Clerk [DE 7].

The Court hereby advises the parties that the law clerk that received an offer from the law firm of Akerman Senterfitt has not done any work in this case, and will continue to not be involved in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7TH day of December, 2004.

JAMES I. COHN
United States District Judge

copies to:

Stanley Wakshlag, Esq./Christopher Carter, Esq.
Daniel Nash, Esq.
Edward Soto, Esq.
Jeffrey Kessler, Esq.