UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION



CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

### NOTIFICATION OF ACCEPTANCE OF OFFER TO JUDICIAL LAW CLERK

Akerman Senterfitt, who has appeared as counsel of record herein for Petitioners, Miami Dolphins, Ltd., hereby notifies the Court and all parties that it has extended an offer of employment to Carolina Maharbiz, who is currently serving as a law clerk to the Honorable James I. Cohn, which offer has been accepted.



{M2199068;1}

Date: January 13, 2005                                Respectfully submitted,

AKERMAN SENTERFITT
One Southeast Third Avenue
28th Floor
Miami, FL 33131-1714
Telephone No. (305) 374-5600
Facsimile No. (305) 374-5095

By _____
STANLEY H. WAKSHLAG
Florida Bar No. 266264
E-mail: stanley.wakshlag@akerman.com
CHRISTOPHER S. CARVER
Florida Bar No. 993580
E-mail: christopher.carver@akerman.com

*Counsel for Miami Dolphins, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Notification of Acceptance of Offer to Judicial Law Clerk* were served by U.S. mail this 13th day of January 2005 on:

Edward Soto, Esq.
**WEIL GOTSHAL & MANGES LLP**
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131

Jeffrey L. Kessler, Esq.
David G. Feher, Esq.
Melanie, Moss, Esq.
**DEWEY BALLANTINE LLP**
1301 Avenue of the Americas
New York, New York 10019

Richard A. Berthelsen, Esq.
General Counsel
National Football League Players Association, Inc.
2021 L Street, N.W.
Washington, D.C. 20026

Daniel L. Nash, Esq.
Rex S. Heinke, Esq.
Jessica M. Weisel, Esq.
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
*Counsel for National Football League Management Council*

_____
Attorney