UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.

_____/

## UNOPPOSED REQUEST FOR HEARING

Pursuant to Southern District of Florida Local Rule 7.1.B.1, respondents Errick L. "Ricky" Williams and the National Football League Players Association ("Respondents") by and through undersigned counsel, respectfully request a hearing for oral argument (the "Request") on Respondents' Cross-Motion to Vacate Arbitration Award ("Motion"), and state as follows:

    1.    On September 21, 2004, an arbitration hearing was conducted in connection with a contract dispute between Respondents and petitioners Miami Dolphins, Ltd. and the National Football League Management Council ("Petitioners").

    2.    On September 24, 2004, an arbitration award was rendered (the "Arbitration Award"). On October 28, 2004, Petitioners filed a Petition to Confirm Arbitration Award (the "Petition").



3. Respondents answered the Petition and raised several affirmative defenses. Pursuant to the Court's scheduling order entered December 7, 2004, which set forth the dates by which the parties were to submit their legal memoranda, Respondents submitted their Motion on December 17, 2005, and Petitioners submitted their Motion for Confirmation of Arbitration Award ("Confirmation Motion") on December 17, 2004.

4. Pursuant to Southern District of Florida Local Rule 7.1.B.1, Respondents respectfully request a hearing for oral argument on their Motion.

5. Oral argument is desired and would be helpful to the Court based on the significant legal issues raised by the Motion. Specifically, the Arbitration Award violates the laws and public policies of the States of Florida and Louisiana, and constitutes a direct attack on the Florida and Louisiana state law limitations on contractual penalty clauses.

6. Petitioners have advised Respondents that they think oral argument is unnecessary but do not oppose this Request.

7. Respondents estimate that one hour, with thirty (30) minutes per side, is required for argument.

Respectfully submitted,

Edward Soto (FBN 265144)
Christopher Pace (FBN 721166)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Email: Edward.soto@weil.com

Jeffrey L. Kessler, Esq.
David G. Feher, Esq.
Melanie R. Moss, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

Richard A. Berthelsen, Esq.
General Counsel
National Football League Players Association
2021 L Street, N.W.
Washington, D.C. 20036
(202) 463-2000


Counsel for Williams and
National Football League Players Association

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of Memorandum of Law in Support of Respondent's Cross-Motion to Vacate the Arbitration Award was served via U.S. Mail on this 28th day of January, 2005 to the individuals listed below.

| Stanley H. Wakshlag, Esq.<br>Christopher S. Carver, Esq.<br>AKERMAN SENTERFITT<br>One Southeast Third Avenue, 28th Floor<br>Miami, Florida 33131 | Daniel L. Nash, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564 |

By: _____
       Jon Polenberg