UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.

_____/



FILED by _____ D.C.
JAN 28 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING UNOPPOSED REQUEST FOR HEARING

THIS MATTER came before the Court upon the Unopposed Request for Hearing ("Request") filed by respondents Errick L. "Ricky" Williams and the National Football League Players Association.

HAVING CONSIDERED the Request and being otherwise fully advised on the premises, it is hereby:

**ORDERED** and **ADJUDGED** that the Request is **GRANTED** and this Court shall hear 30 minutes of argument by respondents and 30 minutes of argument by petitioners on the 4th day of February, 2005 at 10:30 am in Courtroom 203 E of the Fort Lauderdale federal courthouse.

**DONE AND ORDERED** this 28th day of January, 2005.

JAMES I COHN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record
Faxed to Christopher Pace, Esq./John Polenberg, Esq. -305-374-7159
Stanley Wakshlag, Esq./Christoph Lenz, Esq. 305-374-5045