UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS LTD., AND
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    PETITIONERS,
VS.

ERRICK L. WILLIAMS AND
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    RESPONDENTS.

_____/

### RESPONDENTS' MOTION TO RESCHEDULE ORAL ARGUMENT

Respondents Errick L. Williams and National Football League Players Association ("NFLPA"), by and through undersigned counsel, hereby respectfully move this Court to reschedule the oral argument in this action that was recently scheduled for February 4, 2005, and state as follows:

    1.    This Court entered an order last Friday scheduling oral argument on Respondents' motion to vacate the Arbitration Award at issue in this action, and Petitioners' motion to confirm that award, for this coming Friday, February 4, 2005, at 10:30 a.m. in Courtroom 203E of the Fort Lauderdale federal courthouse.

    2.    Respondents' respectfully request that the oral argument be rescheduled.

MI1:\161822\01\3GV201!.DOC\64922.0227



dockets.Justia.com

3.  Specifically, at the same time the Court has scheduled the oral argument, the NFLPA will be conducting a meeting with its senior officers and members of the NFLPA's agents advisory committee, in Jacksonville, Florida. This meeting occurs only once each year. One of the principal purposes of the meeting will be to discuss and inform the meeting participants of the status of collective bargaining negotiations between the NFLPA and the NFL, which are currently ongoing and at a sensitive stage. Jeffrey Kessler, the principal outside counsel for Respondents in this action, will be the only outside counsel present at that meeting, and has been personally involved in the collective bargaining negotiations that will be one of the principal subjects of this meeting.

4.  Respondents request that the oral argument be rescheduled for another prompt hearing date. Assuming the Court wishes to reschedule the oral argument for one of its Friday hearing dates, Respondents request that the oral argument be rescheduled for February 11 or March 4. Neither of these dates would prejudice Petitioners.

5.  Prior to filing this motion, Respondents' counsel contacted Petitioners' counsel pursuant to Southern District Local Rule 7.1.A.3 to discuss Respondents' request to reschedule. Petitioners advised Respondents that they still do not believe oral argument is necessary in light of the volume of briefing already submitted, that Petitioners oppose any postponement that would result in a substantial delay in a resolution of this matter, but that Petitioners would not oppose a rescheduling of the oral argument to February 11 (without changing Petitioners' position that they do not believe such argument is necessary). Respondents continue to believe oral argument

is necessary and would be helpful to the Court for the reasons previously reviewed in its motion requesting such argument.

6.      This motion is made in good faith and not for the purposes of delay; nor will it cause prejudice to any party.

WHEREFORE, Respondents respectfully request that this Court grant their Motion to Reschedule the oral argument, to either February 11 or March 4, 2005.

Dated: January 31, 2005

Respectfully submitted,

*Edward Soto*

Edward Soto (FBN 265144)
Christopher Pace (FBN 721166)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Email: Edward.soto@weil.com

Jeffrey L. Kessler, Esq.
David G. Feher, Esq.
Melanie R. Moss, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

Richard A. Berthelsen, Esq.
General Counsel
National Football League Players Association
2021 L Street, N.W.
Washington, D.C. 20036
(202) 463-2000

Counsel for Errick L. Williams and
National Football League Players Association

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of Memorandum of Law in Support of Respondent's Cross-Motion to Vacate the Arbitration Award was served via U.S. Mail on this 31st day of January, 2005 to the individuals listed below.

| | |
|---|---|
| Stanley H. Wakshlag, Esq.<br>Christopher S. Carver, Esq.<br>AKERMAN SENTERFITT<br>One Southeast Third Avenue, 28th Floor<br>Miami, Florida 33131 | Daniel L. Nash, Esq.<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564 |

By: 
Jon Polenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.

_____/

### ORDER GRANTING REQUEST TO RESCHEDULE ORAL ARGUMENT

THIS MATTER came before the Court upon the Request to Reschedule the Oral Argument originally scheduled for Friday, February 4, 2005 ("Request") filed by respondents Errick L. "Ricky" Williams and the National Football League Players Association.

HAVING CONSIDERED the Request and being otherwise fully advised on the premises, it is hereby:

**ORDERED** and **ADJUDGED** that the Request is **GRANTED** and the Hearing originally scheduled for Friday, February 4, 2005, at 10:30 a.m. in Courtroom 203E of the Fort Lauderdale federal courthouse is rescheduled to February 11, 2005, at which time this Court shall hear 30 minutes of argument by respondents and 30 minutes of argument by petitioners.

**DONE AND ORDERED** this \_\_\_\_ day of January, 2005.

_____
**JAMES I COHN
UNITED STATES DISTRICT JUDGE**