UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61422-CIV-COHN

MIAMI DOLPHINS LTD. and NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and NATIONAL
FOOTBALL LEAGUE PLAYERS ASSOCIATION,

    Respondents.
_____/



FILED by _pep_ D.C.

JAN 3 1 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER GRANTING REQUEST TO RESCHEDULE ORAL ARGUMENT

THIS CAUSE is before the Court upon Respondents' Motion to Reschedule Oral Argument [copy faxed to chambers January 31, 2005]. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.   Respondents' Motion to Reschedule Oral Argument is hereby **GRANTED**;

2.   The hearing originally set for Friday, February 4, 2005 shall be rescheduled to **Friday, February 11, 2005 at 9:00am**, in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida;

3.   The Court shall hear thirty (30) minutes of argument by Respondents and thirty (30) minutes of argument by Petitioners.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of January, 2005.

JAMES I. COHN
United States District Judge

copies to:
Stanley Wakslag, Esq./Chris Carver, Esq.
Daniel Nash, Esq.
Edward Soto, Esq.
Jeffrey Kessler, Esq.