

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE No: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., AND
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    PETITIONERS,

VS.

ERRICK L. "RICKY" WILLIAMS AND
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    RESPONDENTS.

_____/

## MOTION TO ADMIT JEFFREY L KESSLER *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern Division of Florida, the undersigned respectfully moves for the admission of Jeffrey L. Kessler, Esq. of the law firm Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, New York 10019, Telephone: (212) 259-8000, for the purposes of appearing as co-counsel on behalf of Errick L. "Ricky" Williams and National Football League Players Association herein, in the above styled case only.

Jeffrey L. Kessler certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the New York State Bar Association, the United States Supreme Court; the United States Court of Appeals for the Federal Circuit; the Third Circuit Court of Appeals; the Eighth Circuit Court of Appeals; the Eleventh Circuit Court of Appeals; the Southern District of New York; United States Court of

Dockets.Justia.com

International Trade; the Second Circuit Court of Appeals; and the Appellate Division of the New York Supreme Court – First Department. Attached hereto is a certificate of good standing from the Clerk of the District Court of the Southern District of New York.

In further support of this motion, it is hereby designated that Edward Soto, Esq. is a member of the bar of this Court and maintains a Weil, Gotshal & Manges, LLP office in this District for the practice of law. Edward Soto, Esq. is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, Telephone (305) 577-3100, acts as local counsel in this matter on behalf of Errick L. "Ricky" Williams and National Football League Players Association.

Dated: January 31, 2005

Respectfully Submitted,

Jeffrey L. Kessler, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000

By: _____
Jeffrey L. Kessler, Esq.

## **CONSENT OF DESIGNATION**

I hereby consent to the foregoing designation.

Dated: January 31, 2005

By: *Edward Soto*
Edward Soto

Executed under penalty of perjury on the 31st day of January, 2005 at 5:30 p.m.

Respectfully Submitted,

Edward Soto (FBN 265144)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendants
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

By: *Edward Soto*
Edward Soto
edward.soto@weil.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Motion to Admit Jeffrey L. Kessler *Pro Hac Vice* was served via U.S. Mail on this 1st day of February, 2005 to the individuals listed below.

| | |
|---|---|
| Stanley H. Wakshlag, Esq.<br>Christopher S. Carver, Esq.<br>AKERMAN SENTERFITT<br>One Southeast Third Avenue, 28th Floor<br>Miami, Florida 33131 | Daniel L. Nash, Esq.<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564 |

By: _____
    Jon Polenberg

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__JEFFREY L. KESSLER__, Bar # __JK7891__

was duly admitted to practice in this Court on

__SEPTEMBER 20th, 1978__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__    on    __JANUARY 31st, 2005__

__J. MICHAEL McMAHON__
Clerk

by: _____
Deputy Clerk