UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 04-61422-CIV-COHN/SNOW

MIAMI DOLPHINS, LTD., and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

   Petitioners,

vs.

ERRICK L. "RICKY" WILLIAMS and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

   Respondents.
_____/

FILED by PSR D.C.
FEB 0 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING MOTION TO ADMIT DAVID G. FEHER *PRO HAC VICE*

THIS CAUSE, having come before the Court upon application of David G. Feher, Esq., counsel for National Football League Players Association, Inc., for permission to appear *pro hac vice* in the above styled case (the "Motion"). Being fully advised, the Court

ORDERS, ADJUDGES AND DECREES that the Motion is hereby GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Fort Lauderdale, Florida on this 4th day of February, 2005.

HONORABLE JAMES I COHN
UNITED STATES DISTRICT COURT JUDGE

Copies: All counsel of record