CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE JAMES I. COHN

FILED by PER D.C.
FEB 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

==================================================================

CASE NO. 04-61422                    DATE Feb. 11, 2005

CLERK Valerie Thompkins           REPORTER Susan Shidderth, from Official Court Reporting

TITLE OF CASE: Miami Dolphins v. Ricky Williams

P. ATTORNEY (S) Stanley Wakslag, Daniel Nash

D. ATTORNEY (S) Jeffry Kessler, Jon Polenberg, Richard Berthelsen

TYPE OF HEARING Oral argument on Motions to Confirm/Vacate Arbitration Ruling

RESULT OF HEARING Argument by Respondents
Argument by Petitioner
Rebuttal

Court takes case under advisement

Case continued to_____ Time_____ For_____

Misc._____