UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61422-CIV-COHN

MIAMI DOLPHINS, LTD., and NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Plaintiffs,

vs.

ERRICK L. "RICKY" WILLIAMS and NATIONAL
FOOTBALL LEAGUE PLAYERS ASSOCIATION,

    Defendants.
_____/



FILED by ___ D.C.

FEB 2 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## FINAL JUDGMENT

THIS CAUSE came before the Court upon its February 15, 2005 Order Granting Motion to Confirm Award [DE 30], the National Football League Management Council Petition to Confirm Arbitration Award [DE 1] and the arbitrator's underlying ruling in this matter. For the reasons stated in its prior Order, the arbitration award dated September 24, 2004, and the arbitrator's Opinion dated October 5, 2004, it is **ORDERED AND ADJUDGED** as follows:

1. The Arbitrator's award and opinion are hereby **CONFIRMED**;

2. Judgment is hereby entered in favor of the Miami Dolphins, Ltd., and against Errick L. "Ricky" Williams, in the amount of $8,616,353.00, plus interest thereon at the rate of 3.05% per annum from the date of this Final Judgment, for which let execution issue;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2005.

JAMES I. COHN
United States District Judge

Dockets.Justia.com

copies to:

Stanley Wakshlag, Esq./Christopher Carter, Esq.
Daniel Nash, Esq.
Edward Soto, Esq.
Jeffrey Kessler, Esq.